IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSE I. TAPIA MONTERO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIV. ACT. NO. 1:21-cv-354-TFM-N |
| HAN VAN NGUYEN, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Pending before the court is Plaintiff's Motion to Dismiss (Doc. 67, filed 11/3/23) in which Plaintiff seeks to dismiss all claims against Defendant with prejudice because of settlement. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). A request to dismiss an action requires a court order and dismissal by terms the court considers "proper" if Fed. R. Civ. P. 41(a)(1) does not apply. FED. R. CIV. P. 41(a)(2).

Here, the motion is only signed by Plaintiff's counsel. Additionally, as there was both an answer and a motion for summary judgment filed, the matter cannot be considered under Rule 41(a)(1). Therefore, the Court looks at Rule 41(a)(2). This is not the kind of case that traditionally requires court approval of a settlement. Therefore, the Court need not know the specific terms, but rather only that the parties are in agreement.

Therefore, the motion to dismiss (Doc. 67) is **GRANTED**. Therefore, this case is **DISMISSED with prejudice** with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 3rd day of November 2023.

>/s/ Terry F. Moorer
>TERRY F. MOORER
>UNITED STATES DISTRICT JUDGE